LISA LUNSFORD, SBN 206044
Homeless Action Center
1432 Franklin St
Oakland, CA  94612
Telephone: (510) 836-3260
Facsimile: (510) 836-7690
LLunsford@homelessactioncenter.org

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MCWOODSON,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN,<br><br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____ | Case No. 3:14-CV-04170 VC<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND |

　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have a 28-day extension in which to file his Motion for Summary Judgment.  Plaintiff's motion is due on January 30, 2015, pursuant to Civil L.R.16-5.  Plaintiff's motion is now due on February 28, 2015.

　　　This is Plaintiff's first request for an extension of time in this matter. Plaintiff seeks additional time because Plaintiff's counsel's workload recently increased due to the departure of a staff attorney in the office.

Dated: January 22, 2015        */s/ Lisa Lunsford*
                               LISA LUNSFORD
                               Attorney for Plaintiff



                               MELINDA L. HAAG
                               United States Attorney


Dated: January 22, 2015   By:  */s/ Sharon Lahey\**
                               SHARON LAHEY
                               Special Assistant United States Attorney
                               *\*By email authorization on January 22, 2015*

                               Attorney for Defendant


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**




Dated: January 23, 2015
                               _____
                               VINCE CHHABRIA
                               UNITED STATES DISTRICT JUDGE